UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TYRONE J. SANDERS<br><br>Defendant. | Criminal Action No. **04cr468**<br>(CKK)(AK) |

**FILED**

JUN 2 9 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

This case comes before the Court upon the receipt of a Report and Recommendation dated June 17, 2009, from Magistrate Judge Alan Kay. No objections to the Magistrate Judge's Report and Recommendation have been received by the Court.

Accordingly, it is this 29th day of June 2009,

**ORDERED** that the Report and Recommendation filed June 17, 2009, in the above-captioned case is hereby ADOPTED and Defendant's supervised release is REVOKED. It is,

**FURTHER ORDERED** that a SENTENCE shall be addressed and imposed at a Court hearing on July 14, 2009, at 11:00 a.m. in Courtroom 28-A.

COLLEEN KOLLAR-KOTELLY
United States District Judge

Copies to:
Mary Petras, AFPD
Angela George, AUSA
Van Hoang, Probation Officer
Magistrate Judge Alan Kay